1
2
3
4                    UNITED STATES DISTRICT COURT
5                   EASTERN DISTRICT OF CALIFORNIA
6
7  WORLDSLIDE, LLC,                  No. 2:11-cv-01806-MCE-GGH
8         Plaintiff,
9      v.                            **RELATED CASE ORDER**
10 WAL-MART STORES, INC.,
11        Defendant.
   _____/
12 WORLDSLIDE, LLC,                  No. 2:11-cv-03352-GEB-CKD
13        Plaintiff,
14     v.
15 AMAZON.COM, INC.,
16        Defendant.
17 _____/
18 WORLDSLIDE, LLC,                  No. 2:11-cv-03369-JAM-GGH
19        Plaintiff,
20     v.
21 TOYS 'R' US-DELAWARE, INC.,
22        Defendant.
23 _____/
   WORLDSLIDE, LLC,                  No. 2:11-cv-03350-JAM-EFB
24        Plaintiff,
25     v.
26 TARGET CORPORATION, INC.,
27        Defendant.
28 _____/

                                1

1    The Court has received the Notice of Related Case filed on
2 March 13, 2012.
3    Examination of the above-entitled civil actions reveals that
4 these actions are related within the meaning of Local Rule 123(a)
5 (E.D. Cal. 1997).  The actions involve many of the same
6 defendants and are based on the same or similar claims, the same
7 property transaction or event, similar questions of fact and the
8 same questions of law, and would therefore entail a substantial
9 duplication of labor if heard by different judges.  Accordingly,
10 the assignment of the matters to the same judge is likely to
11 effect a substantial savings of judicial effort and is also
12 likely to be convenient for the parties.
13    The parties should be aware that relating the cases under
14 Local Rule 123 merely has the result that both actions are
15 assigned to the same judge; no consolidation of the action is
16 effected.  Under the regular practice of this court, related
17 cases are generally assigned to the district judge and magistrate
18 judge to whom the first filed action was assigned.
19    IT IS THEREFORE ORDERED that the actions denominated 2:11-
20 cv-03352-GEB-CKD, <u>Worldslide, LLC v. Amazon.com, Inc</u>., 2:11-cv-
21 03369-JAM-GGH, <u>Worldslide, LLC v. Toys 'R' Us-Delaware, Inc</u>. and
22 2:11-cv-03350-JAM-EFB, <u>Worldslide, LLC v. Target Corporation,
23 Inc</u>. are reassigned to Judge Morrison C. England, Jr. and
24 Magistrate Judge Gregory G. Hollows for all further proceedings,
25 and any dates currently set in these reassigned cases only are
26 hereby VACATED.  The Clerk of the Court is to issue an Order
27 Requiring Joint Status Report in the reassigned cases.
28 ///

1  Henceforth, the caption on documents filed in the reassigned
2  cases shall be shown as 2:11-cv-03352-MCE-GGH, 2:11-cv-03369-MCE-
3  GGH, and 2:11-cv-03350-MCE-GGH.
4       IT IS FURTHER ORDERED that the Clerk of the Court make
5  appropriate adjustment in the assignment of civil cases to
6  compensate for this reassignment.
7       IT IS SO ORDERED.
8  Dated: March 27, 2012

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE