Laura L. Chapman (State Bar No. 167249)
**FOLEY & LARDNER LLP**
555 California Street, 17th Floor
San Francisco, California 94104-1520
Email: lchapman@foley.com
Telephone: 415.438.6425
Facsimile: 415.434.4507

Victor de Gyarfas (State Bar No. 171950)
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, Ca 90071-2411
Email: vdegyarfas@foley.com
Telephone: 213.972.4500
Facsimile: 213.486.0065

Attorneys for Defendant
WAL-MART STORES, INC.

WILLIAM S. BERNHEIM  SB 56555
BERNHEIM, GUTIERREZ & McCREADY
255 North Lincoln Street
Dixon, CA 95620
Ph.: (707) 678-4447
Fax: (707) 678-0744
e-mail: law@bernheimlaw.net

Attorneys for Plaintiff
WORLDSLIDE, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WORLDSLIDE, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>            Defendant. | Case No: 2:11-cv-1806-MCE-GGH<br><br>**JOINT STIPULATION AND ORDER TO CHANGE DATES**<br><br>Judge: The Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED**, by and between Plaintiff Worldslide, LLC ("Plaintiff") and Defendant Wal-Mart Stores, Inc. ("Defendant") (hereinafter referred to collectively as "the Parties"), by and through their counsel of record as follows:

WHEREAS, this action, which was filed on July 8, 2011, alleges infringement of U.S. Patent No. 7,309,302 ("the patent-in-suit);

WHEREAS, plaintiff in this action alleges that Walmart sold products that infringe the patent-in-suit ("the Accused Products");

WHEREAS, an action known as *AquaWood, LLC v. Worldslide, LLC and Forest B. Phillips*, Case No. CV11-5611-JFW ("the AquaWood Case"), was filed on July 7, 2011, is pending in the United States District Court for the Central District of California, and seeks a declaratory judgment that the patent-in-suit in this action is invalid and not infringed by AquaWood;

WHEREAS, the Accused Products in this action are a subset of the products at issue in the AquaWood case;

WHEREAS, the AquaWood case was set for trial on July 31, 2012 but the dates in the AquaWood Case have been continued, such that the new trial date is November 27, 2012;

WHEREAS, the Parties to the Action agree that it is in the interest of judicial efficiency to continue all dates set in the Court's January 19, 2012 Pretrial Scheduling Order in this action by six months so that the AquaWood case precedes this action;

The resolution of the AquaWood Case may eliminate the need to continue to litigate this action;

NOW, THEREFORE, pursuant to Civil Local Rule 144(a), the undersigned parties hereby stipulate and respectfully request the Court order as follows: that all dates set in the Court's January 19, 2012 Pretrial Scheduling Order be continued by six months, as follows:

| Event | Date in 01/19/2012 Pretrial Scheduling Order | Proposed New Date |
|---|---|---|
| Close of Fact Discovery | October 19, 2012 | April 19, 2013 |
| Designation of Experts | December 19, 2012 | June 19, 2013 |
| Last Day to Hear Dispositive Motions | April 18, 2013 | October 18, 2013 |
| Joint Final Pretrial Conference Statement | June 6, 2013 | December 6, 2013 |
| Evidentiary and Procedural Motions | June 6, 2013 | December 6, 2013 |
| Trial Briefs | June 13, 2013 | December 13, 2013 |
| Oppositions to Evidentiary and Procedural Motions | June 13, 2012 | December 13, 2013 |
| Reply Evidentiary and Procedural Motions | June 20, 2013 | December 20, 2013 |
| Final Pretrial Conference | June 27, 2013 | December 27, 2013 |
| Trial | August 19, 2013 | February 19, 2014 |

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: August 30, 2012 | FOLEY & LARDNER, LLP |
| 2 | | |
| 3 | | By: /s/ Laura L. Chapman |
| 4 | | Laura L. Chapman |
| | | Victor de Gyarfas |
| 5 | | Attorneys for Defendant |
| 6 | | Wal-Mart Stores, Inc. |
| 7 | DATED: August 30, 2012 | BERNHEIM, GUTIERREZ & MCCREADY |

By: /s/ William S. Bernheim
    William S. Bernheim
    Attorneys for Plaintiff
    Worldslide, LLC

## **ORDER**

The parties' Request to Change Dates is GRANTED. The Court's January 19, 2012 Pretrial Scheduling Order [ECF No. 11] is vacated. An amended Pretrial Scheduling Order will issue.

IT IS SO ORDERED.

Dated: September 20, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE