1  Laura L. Chapman (State Bar No. 167249)
2  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
3  San Francisco, California 94111-4109
   Email: lchapman@sheppardmullin.com.com
4  Telephone: 415.774-3215
   Facsimile:  415.774-3267

5  Attorneys for Defendant
   WAL-MART STORES, INC.
6
7  WILLIAM S. BERNHEIM  SB 56555
   BERNHEIM, GUTIERREZ & McCREADY
8  255 North Lincoln Street
   Dixon, CA 95620
9  Ph.: (707) 678-4447
   Fax: (707) 678-0744
10 e-mail: law@bernheimlaw.net

11 Attorneys for Plaintiff
   WORLDSLIDE, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| WORLDSLIDE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No: 2:11-cv-1806-MCE-GGH <br><br> **JOINT STIPULATION AND ORDER TO STAY CASE PENDING APPEAL IN DECLARATORY RELIEF ACTION INVOLVING THE SAME PATENT** <br><br> Judge: The Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED**, by and between Plaintiff Worldslide, LLC ("Plaintiff" or "Worldslide") and Defendant Wal-Mart Stores, Inc. ("Defendant") (hereinafter referred to collectively as "the Parties"), by and through their counsel of record as follows:

WHEREAS, this action, which was filed on July 8, 2011, alleges infringement of U.S. Patent No. 7,309,302 ("the patent-in-suit" or the "'302 Patent.");

-1-

SMRH:408141070.1

WHEREAS, plaintiff in this action alleges that Walmart sold products that infringe the '302 Patent ("the Accused Products");

WHEREAS, an action known as *AquaWood, LLC v. Worldslide, LLC and Forest B. Phillips*, Case No. CV11-5611-JFW ("the AquaWood Case"), was filed on July 7, 2011, is pending in the United States District Court for the Central District of California, and seeks a declaratory judgment that the patent-in-suit in this action is invalid and not infringed by AquaWood;

WHEREAS, the Accused Products in this action are a subset of the products at issue in the AquaWood case;

WHEREAS the trial in this action was originally scheduled to take place on August 19, 2013;

WHEREAS, the AquaWood case was set for trial on July 31, 2012 but the dates in the AquaWood Case were continued, such that the new trial date was November 27, 2012;

WHEREAS, on September 21, 2012, the court granted the parties' previous stipulation to continue dates in this action for a period of six months pending the outcome of the *AquaWood* case.  As a result, the trial date in this action was continued to February 19, 2014;

WHEREAS, on October 31, 2012, the court in the *AquaWood* case issued an order granting Plaintiff's motion for summary judgment, which is Document 104 on *AquaWood* court's docket.  The court in *AquaWood* concluded that the '302 Patent is invalid for indefiniteness under 35 U.S.C. § 112, because it is anticipated by numerous prior art references under 35 U.S.C. § 102(b) and because it is obvious under 35 U.S.C. § 103(a).

WHEREAS, the court in the *AquaWood* case entered a final judgment in favor of plaintiff, AquaWood, and against Worldslide in the AquaWood Case on November 8, 2012;

WHEREAS, Worldslide file a notice of appeal of the judgement in the *AquaWood*

-2-

1  case on November 30, 2012;

2  WHEREAS, the outcome of the appeal of the *AquaWood* case may determine the
3  outcome of this Action and therefore the Parties to the Action agree that it is in the
4  interest of judicial efficiency to stay this Action pending resolution of the appeal in the
5  *AquaWood* case, as the resolution of the appeal of *AquaWood* Case may eliminate the
6  need to continue to litigate this action;

7  NOW, THEREFORE, pursuant to Civil Local Rule 144(a), the undersigned parties
8  hereby stipulate and respectfully request the Court order as follows: that all dates set in
9  the Court's January 19, 2012 Pretrial Scheduling Order as amended by the Court's order,
10 dated September 21, 2012, be stayed pending the outcome of the appeal in the *AquaWood*
11 case.  The parties suggest a case management conference be conducted every six months
12 and will notify the court promptly upon the resolution of the appeal in the *AquaWood*
13 case.

14  IT IS SO STIPULATED.

DATED: March __, 2013          SHEPPARD MULLIN RICHTER &
                               HAMPTON LLP
                               By: /s/ Laura L. Chapman
                                   Laura L. Chapman
                                   Attorneys for Defendant
                                   Wal-Mart Stores, Inc.

DATED: March __, 2013          BERNHEIM, GUTIERREZ & MCCREADY
                               By: /s/ William S. Bernheim
                                   William S. Bernheim
                                   Attorneys for Plaintiff
                                   Worldslide, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

-3-

SMRH:408141070.1